UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES B NEWPORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-00366-DML-JMS |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## Judgment

The court having made its entry on Judicial Review, it is ADJUDGED that the decision of the Commissioner that James Newport is not entitled to Disability Insurance Benefits based on his application filed in October 2012 is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the court's entry according to 42 U.S.C. § 405(g).

So ORDERED.

Date: March 31, 2016

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system